United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MOUNT and ROGER MOUNT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant.<br>_____/ | No. C-06-0997 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　Before the Court is plaintiffs' Case Management Conference Statement, filed May 9, 2006, by which plaintiffs seek to continue the May 19, 2006 case management conference in the instant action by approximately 120 days. Plaintiffs state a continuance is necessary because they anticipate the instant action will be transferred for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation, and because they have not yet served the defendant. Because the instant action was filed February 14, 2006, the 120-day deadline for plaintiffs to serve defendant, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, has not yet elapsed.

　　　Accordingly, for good cause shown, the May 19, 2006 case management conference is hereby continued to September 29, 2006 at 10:30 a.m. A joint case

management statement shall be filed no later than September 22, 2006.  The deadline to serve the defendant, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, remains in effect.

**IT IS SO ORDERED.**

Dated: May 10, 2006

MAXINE M. CHESNEY
United States District Judge

2